**Opinion issued December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-01016-CV

———————————

## IN RE MICHAEL WAYNE BARNES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On November 22, 2013, the relator, Michael Wayne Barnes, filed a petition

for writ of mandamus, seeking to compel the district clerk to provide relator with

the reporter's record and clerk's record related to his appeal currently pending

before this Court.[1]

---

[1]     The underlying case is *Michael Wayne Barnes v. Harris County Assistant District Attorney Maritza Antu and Court Appointed Defense Counsel Mary C.A. Moore*, No. 2013-21008, in the 234th District Court of Harris County, Texas, the Honorable Wesley Ward presiding. Relator's appeal pending before this Court is

We **deny** the petition for writ of mandamus.[2]

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.

---

*Michael Wayne Barnes v. Harris County Assistant District Attorney Maritza Antu and Court Appointed Defense Counsel Mary C.A. Moore*, No. 01-13-00826-CV.

[2] Relator's petition for writ of mandamus is procedurally defective. *See* TEX. R. APP. 9.5 (requiring a copy of the petition to be served on all parties to the proceeding); TEX. R. APP. P. 52.3(g) (requiring that every statement of fact in petition be supported by citation to competent evidence included in appendix or record); TEX. R. APP. P. 52.3(h) (requiring that petition include appropriate citations to authorities and to appendix or record materials); TEX. R. APP. P. 52.3(k) (requiring that petition include appendix containing certified or sworn copy of any order complained of); TEX. R. APP. P. 52.7 (requiring relator to file record with petition containing certified or sworn copy of every document that is material to relator's claim and properly authenticated transcript of any relevant testimony from underlying proceeding).